UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO.: 2:13-cv-8-D

| | |
|---|---|
| SAFFO CONTRACTORS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STAY PENDING |
| | ) MEDIATION AND ARBITRATION |
| UNITED BUILDERS GROUP, LLC; and | ) |
| NORTH AMERICAN SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

The Joint Motion to Stay Pending Mediation and Arbitration of Plaintiff Saffo Contractors,
Inc. ("Plaintiff") and Defendants United Builders Group, LLC ("UBG") and North American
Specialty Insurance Company ("North American") is before this Court.

This Court finds that all of Plaintiff's claims against UBG arise from and depend upon a
written subcontract between Plaintiff and UBG, which contains an arbitration provision; that the
arbitration provision is valid and enforceable; that good cause exists for granting the Motion; and
that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the motion is GRANTED; that any further
proceedings in this action are stayed until such time as Plaintiff's arbitrable claims have been
arbitrated to conclusion; that upon entry of this Order Plaintiff, UBG and North American will
proceed promptly with a mediated settlement conference in this matter; that in the event that this
matter is not resolved at the mediation, Plaintiff and UBG will proceed with binding arbitration
of the dispute, subject to an arbitration agreement to be executed by the Plaintiff and UBG within
10 days of the entry of this Order; that the mediation and arbitration shall be concluded within
140 days from entry of the Court's Order staying this proceeding; and that all proceedings

1

against North American are stayed pending the resolution of Plaintiff's arbitrable claims against UBG.

This the __15__ day of May, 2013.

James C. Dever III
Chief United States District Judge

2